TILLETT LLOYD R.          T-70113
Name and Prisoner Booking Number

CORCORAN STATE PRISON
Place of Confinement

P.O. BOX-3466
Mailing Address

corcoran, ca 93212
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FILED

Jul 23, 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

TILLETT LLOYD R.
(Full Name of Plaintiff)          Plaintiff,

v.

(1) DANIEL JAMES, CAASI
(Full Name of Defendant)

(2) _____

(3) _____

(4) _____
                    Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. __1:24-cv-00849-EPG (PC)__
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a): 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331: <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: __CHCF/STOCKTON__.

## B. DEFENDANTS

1. Name of first Defendant: __DANIEL JAMES, CAASI__. The first Defendant is employed as: __CCHCS EMPLOYEE, R.N. LICENSE #759412__ at __CCHCS-STOCKTON, CA__.
   (Position and Title)                                 (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as: _____ at _____.
   (Position and Title)                                 (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
   (Position and Title)                                 (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)                                 (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? __N/A__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____.

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____.

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: <u>EIGHTH AMENDMENT TO THE U.S. CONSTITUTION AND FOURTEENTH AMENDMENT</u>.

2. **Claim I**. Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   ON FEBRUARY 21,2023 PLAINTIFF TILLETT LLOYD R. AT CDCR/CHCF-STOCKTON WAS scheduled @8:30A.M., FOR A MEDICAL NEED TO SEE a DIETITIAN DOCTOR FOR TREATMENT.(TELE-MED) as I reported to the medical location I was encountered by(RN) MR.CAASI,WHO was overseeing the (TELE-MED) interview he escort me to the FSS-Rm#202 was set-up as a exam,office with a T.V MONITOR RN MR.CAASI directed me to a seat as he push the T.V MONITOR up against the inside entrance door and went to sit at the desk as we both waited he e-mailed the DOC,I thought.MR.CAASI then made a head and hand gesture showing me my state issued blue pants fly/button was undone I CLOSED it.THE dietitian interview took place on-line and the DOCTOR said he would give me a print-out to study and MR.CAASI stayed in the room and I waited a few minutes and notice there was no printer in the room so I inquired he told me to relax his next appt,isn,t until 10 o'clock I WILLget the printout in a minute.HE then pressed his hands on my stomach made a comment about my shirt he asked me about a "ERECTION"he reached in the same pant hole,I froze up when I felt the latex glove against the skin of my organ. I SAT frozen while he was hurting me with the ejaculation of my "PENIS" THE rest I shall amend.ACCEPT THE FACT THAT MR.CAASI,WRAPPED MY SEMEN IN GLOVE

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   THE PHYSICAL **GRIP** MR.CAASI HAD ON MY penis was painful and **burn** my skin with the latex gloves he had on.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: __N/A__

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   N/A

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   N/A

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Claim II? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __N/A__

# CLAIM III

1. State the constitutional or other federal civil right that was violated: _____N/A_____.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   N/A

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   N/A

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Claim III? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____N/A_____.

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:

$2,000,000.00

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7/12/24
DATE

SIGNATURE OF PLAINTIFF

SAME
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

N/A
(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, __TILLET, LLOYD R_____, declare:

I am over 18 years of age and a party to this action. I am a resident of __CORCORAN STATE_____Prison,

in the county of __KINGS_____,

State of California. My prison address is: __P.O. BOX-3466_____

__CORCORAN, CA 93212_____.

On _____.
(DATE)

I served the attached: ____CIVIL RIGHTS COMPLAINT 42 U.S.C 1983_____

_____
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __7/12/24_____        _____/s/_____
          (DATE)                      (DECLARANT'S SIGNATURE)

-9-