# CERTIFICATE OF SERVICE

Case Name:   <u>Lloyd Tillett (T70113) v. Caasi</u>       No.   <u>1:24-cv-00849 EPG (PC)</u>

I hereby certify that on <u>April 8, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT'S OBJECTIONS TO COURT ORDER REQUIRING PARTIES TO EXCHANGE DOCUMENTS**

**DECLARATION OF E. CAMPOS IN SUPPORT OF DEFENDANT'S OBJECTIONS TO COURT ORDER REQUIRING PARTIES TO EXCHANGE DOCUMENTS**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users.  On <u>April 8, 2025</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Lloyd Rodell Tillet
T-70113
California State Prison - Corcoran
P.O. Box 3466
Corcoran, CA 93212-3466
***In Pro Per***

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>April 8, 2025</u>, at Fresno, California.

|  L. Lambert-Martinez  |  */s/ L. Lambert-Martinez* |
|:---:|:---:|
| Declarant | Signature |

SA2024304758
95620993