Rob Bonta, State Bar No. 202668
Attorney General of California
Tyler V. Heath, State Bar No. 271478
Supervising Deputy Attorney General
Victoria Y. Zhang, State Bar No. 357196
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7326
 Fax: (916) 324-5205
 E-mail: Victoria.Zhang@doj.ca.gov
*Attorneys for Defendant
D. Caasi, R.N.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **LLOYD TILLETT,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**DANIEL JAMES CAASI,**<br><br>                              Defendant. | 1:24-cv-00849 EPG (PC)<br><br>**DEFENDANT'S NOTICE OF COMPLIANCE WITH ORDER OVERRULING IN PART DEFENDANT'S OBJECTION TO PRODUCTION OF DOCUMENTS**<br><br>Judge:         The Honorable Erica P. Grosjean<br>Trial Date:    Not Set<br>Action Filed: July 23, 2024 |

1  This Notice of Compliance informs the Court that on June 27, 2025, Defendant served on Plaintiff the specific documents identified in the Court's Order (ECF No. 29) which were previously submitted to the Court for *in camera* review. These documents were redacted in accordance with the Order to remove personal information about staff who conducted the investigation, and the institution's description of the process, analysis, and conclusions of investigating staff. Defendant will also arrange with Plaintiff's institution to make the recorded witness interviews labeled AGO CONF 083-084 available to Plaintiff to listen.

Dated:  June 27, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
TYLER V. HEATH
Supervising Deputy Attorney General


***/s/ Victoria Y. Zhang***
VICTORIA Y. ZHANG
Deputy Attorney General
*Attorneys for Defendant*
*D. Caasi, R.N.*

SA2024304758
39127371

# CERTIFICATE OF SERVICE

Case Name:   **Lloyd Tillett (T70113) v. Caasi**          No.   **1:24-cv-00849 EPG (PC)**

I hereby certify that on June 27, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT'S NOTICE OF COMPLIANCE WITH ORDER OVERRULING IN PART DEFENDANT'S OBJECTION TO PRODUCTION OF DOCUMENTS**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on June 27, 2025, at Fresno, California.

| L. Lambert-Martinez | /s/ L. Lambert-Martinez |
|---|---|
| Declarant for eFiling | Signature |

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On June 27, 2025, the foregoing document(s) have been mailed in the Office of the Attorney General's internal mail system, by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Lloyd Rodell Tillet
T-70113
California State Prison - Corcoran
P.O. Box 3466
Corcoran, CA 93212-3466
*In Pro Per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on June 27, 2025, at Fresno, California.

| A. Hernandez | /s/ A. Hernandez |
|---|---|
| Declarant for Service by U.S. Mail | Signature |

SA2024304758 / 95637066