Case 1:24-cv-00849-KES-EPG   Document 31   Filed 07/14/25   Page 1 of 3

1  LLOYD R.TILLETT T-70113
2  CSP-Corcoran/3b-05-218
3  P.O. BOX-3466
   Corcoran, CA 93212




IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| Lloyd R.Tillett, Plaintiff, | 1:24-cv-00849 EPG (PC) |
|---|---|
| v. | Defendant's responses to court order ruling and plaintiff Request for production of documents ordered by court has not been met "Judge:HON, Erica P.Grosjean" |
| DANIEL JAMES CAASI, Defendant, | |

In accordance with the court order and plaintiff request defendant's has yet to comply compromising disclosure of witnesses information as material facts that need to be verified by plaintiff.

Defendant accountability for the redacted information deadline june 27,2025 has come and past without the redacted information provided to plaintiff and plaintiff find that defendant's recorded interview drafted would be required for myself to read if not could you------

- 1 -

1  arrange for me to listen to labeled AGO CONF-083 and 084
2  also the AVSS footage any-time misconduct from staff is report-
3  ed on that date and time ISU would obtain any evidence to prove
4  or disapprove the incedent occurred so could you check thank you.
5  ANY court order requiring defendant's to provide plaintiff with
6  witness statements generated regarding event(s) plaintiff had
7  would be summaries of interviews regarding witness accounts of
8  direct evidence regarding the incident.
9  THE court order production of documents from the defendant's
10 are being withheld and the court was provide notice of compliance
11 by june 27,2025 plaintiff as of july 6,2025 still has not been
12 provided these documents from the defendant's into the inquiry
13 the court made of the material evidence stemming from the invest-
14 igation,.
15 THE ability for plaintiff to move forward and not be discouraging
16 due to my safety from CDCR staff here in CSP-CORCORAN I am
17 filing a motion with the court seeking a protection order against
18 retaliation to make sure staff involved in conspiring to compro-
19 mise my program by writing reports for rule violations to
20 prohibited my use of the legal law library and if you sent those
21 documents I never recieve them.
22 ITS crucial towards my mental health that I maintain and not fear
23 harm from the cause of filing the complaint,so taking steps to
24 address this issue with the courts regarding grievances file'd
25 to ensure the fear of retaliation is documented with the courts.
26 AND questions concerning the status of my mental health for
27 addressing what effects this situation has been on my health
28 I shall close this second discovery request.

-2-

7/8/25

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, LLOYD TILLETT, declare:

I am over 18 years of age and a party to this action. I am a resident of CSP-COR _____ Prison, in the county of _____,

State of California. My prison address is: CSP-COR P.O. BOX 3466.

On 7/8/25 (DATE)

I served the attached: Court order

(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

UNITED STATES COURTS
OFFICE OF THE CLERK UNITED STATES
EASTERN DISTRICT OF CALIFORNIA
FRESNO, CA 93721

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 7/8/25 (DATE)    (DECLARANT'S SIGNATURE)

CIV-69 (Rev. 9/97)    ODMA\PCDOCS\WORDPERFECT\22832\1

-9-