UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LLOYD R. TILLETT,

Plaintiff,

v.

DANIEL JAMES CAASI,

Defendant.

Case No. 1:24-cv-00849 KES EPG (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT BE DENIED

Docs. 43, 51

Plaintiff Lloyd R. Tillett is a state prisoner who asserts an Eighth Amendment sexual assault claim against Defendant Daniel James Caasi.[1] Doc. 9.

On April 15, 2026, after the deadlines for non-expert discovery and dispositive motions had passed and the Court had scheduled pretrial and trial dates, Plaintiff filed a motion for leave to file an amended complaint. Docs. 43, 43-2. Plaintiff seeks to add twenty-four new defendants, both known and unknown, including: (1) State of California Department of Corrections and Rehabilitation ("CDCR"); (2) California Correctional Health Care Services ("CCHCS"); (3) the Warden of the California Health Care Facility ("CHCF") in Stockton, California; (4) the Health Care Chief Executive Officer at the CHCF; and (5) twenty new Doe defendants. Doc. 43-2 at 3. Plaintiff also seeks to add new state law causes of action for negligence and intentional infliction of emotional distress. *Id.* at 17-22. In addition, Plaintiff seeks to re-open discovery. *Id.*

[1] Plaintiff initially filed this action *pro se* on July 23, 2024. Doc. 1. Plaintiff's counsel filed a notice of appearance on October 14, 2025. Doc. 38.

On August 21, 2026, the magistrate judge issued findings and recommendations that Plaintiff's motion for leave to file an amended complaint (Doc. 43) be denied. Doc. 51. The findings and recommendations were served on counsel for both parties, and the parties were notified that any objections were due within 30 days. *Id.* at 10–11. The magistrate judge informed the parties that a failure to file timely objections may result in the waiver of rights on appeal. *Id.* at 11 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014)). No objections have been filed to the findings and recommendations, and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed this matter de novo. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis. The Court ORDERS:

1. The findings and recommendations issued August 21, 2026 (Doc. 51) are ADOPTED in full.
2. Plaintiff's motion for leave to file an amended complaint (Doc. 43) is DENIED.
3. This matter is referred to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: September 26, 2026

UNITED STATES DISTRICT JUDGE